## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Wendell Smith,<br>*Plaintiff,*<br><br>v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of the Social<br>Security Administration<br>*Defendant.* | § § § § § § § § § § | Civil Action No. H-18-2490 |

## **ORDER OF ADOPTION**

On July 11, 2019, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 14), recommending that the Commissioner's final decision be affirmed. No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The court will issue a separate final judgment.

Signed at Houston, Texas on August **5**, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE